Katherine G. Fritz –Pro Hac Vice, Colorado Bar Number 31009
LICHTENFELS, PANSING & MILLER, P.C.
885 South Colorado Boulevard
Denver, CO 80246
Telephone: 303-722-6500
Facsimile: 303-722-3894
Attorneys for Defendant Assurance Risk Managers, Inc. and Lisa Isom, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFAMILY CAPTIVE GROUP, LLC, A Maryland Corporation<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE RISK MANAGERS, INC., A Colorado Corporation; LISA ISOM, an Individual; NETWORK INSURANCE AGENTS, INC., A California Corporation; and CALIFORNIA APARTMENT ASSOCIATION, A California Corporation,<br><br>Defendants | Case No. 2:08-cv-00547-FCD-DAD<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING BY DEFENDANTS ASSURANCE RISK MANAGERS, INC. AND LISA ISOM<br><br>Local Rule 6-144(a) |

Plaintiff Multifamily Captive Group, LLC and Defendants Assurance Risk Managers, Inc. and Lisa Isom, by and through their respective counsel hereby stipulate, pursuant to Local Rule 6-144(a), that the deadline for the filing of a responsive pleading by Defendant Assurance Risk Managers and Lisa Isom shall be, and hereby is extended, to May 23, 2008.

The parties have stipulated to one prior seven day extension with respect to this pleading.  The Order requested herein would bring the total extension for the filing of a responsive pleading to 32 days.  Plaintiff intends to file an amended complaint or motion to amend its complaint by May 15, 2008 thus it is in the interest of all parties to extend the deadline for Defendants' responsive pleading until after said amended complaint or motion to amend is filed with the Court.

1

2   Dated:  April 28, 2008

3

4   MURPHY, PEARSON, BRADLEY           LICHTENFELS, PANSING & MILLER,
5   & FEENEY                           P.C

6

7   BY: /s/ William A. Munoz           BY: /s/ Kathereine G. Fritz
8       William A. Munoz                   Katherine G. Fritz
9       Attorneys for Plaintiff            Attorneys for Defendants
10      MULTIFAMILY CAPTIVE GROUP          ASSURANCE RISK MANAGERS
11      Authorized on April 28, 2008       LISA ISOM

12

13

14      IT IS SO ORDERED

15

16  Dated April 30, 2008

17

18

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2