Michael Guiffre
David Silver
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone:   (202) 457-6539
Facsimile:   (202) 457-6315

William A. Muñoz – CA. Bar Number 191649
MURPHY, PEARSON, BRADLEY & FEENEY
1375 Exposition Boulevard, Suite 250
Sacramento, CA  95815
Telephone:   (916) 565-0300
Facsimile:   (916) 565-1636

Attorneys for Plaintiffs
MULTIFAMILY CAPTIVE GROUP, LLC and
SAMANTHA GUMENICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MULTIFAMILY CAPTIVE GROUP, LLC., A Maryland Corporation; and SAMANTHA GUMENICK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE RISK MANAGERS, INC., A Colorado Corporation; LISA ISOM, an Individual; NETWORKED INSURANCE AGENTS, INC., A California Corporation; and CALIFORNIA APARTMENT ASSOCIATION, A California Corporation,<br><br>Defendants. | Case No.: 2:08-CV-00547-FCD-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL OF NETWORKED INSURANCE AGENTS, INC. WITHOUT PREJUDICE** |

**STIPULATION OF DISMISSAL OF NETWORKED
INSURANCE AGENTS, INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs

Multifamily Captive Group, LLC and Samantha Gumenick, by and through their undersigned

STIPULATION OF DISMISSAL OF NETWORKED INSURANCE AGENTS, INC. WITHOUT PREJUDICE

counsel, and Defendants, by and through their undersigned counsel, hereby stipulate that the above referenced action against Defendant Networked Insurance Agents, Inc. ("NIA") is hereby dismissed without prejudice, with each party to bear their own attorney's fees, costs, and expenses.  The parties do not stipulate to the dismissal of any another Defendant.

Neither this Stipulation nor the Order of Dismissal hereon shall constitute or imply any admission, concession or adjudication by any party regarding any claim raised in or by Plaintiffs.

This Stipulation may be executed in counterparts and the executed counterparts may be exchanged electronically or by facsimile, but all such counterparts shall constitute but one and the same stipulation.

STIPULATION OF DISMISSAL OF NETWORKED INSURANCE AGENTS, INC. WITHOUT PREJUDICE

1  IT IS SO STIPULATED.

2  Dated: June 13, 2008

MURPHY, PEARSON, BRADLEY & FEENEY

By  /s/
William A. Munoz
Attorneys for Plaintiffs
MULTIFAMILY CAPTIVE GROUP, LLC. and
SAMANTHA GUMENICK

Date: _____, 2008

DEBEVOISE & PLIMPTON LLP

By: /s/
Mary Beth Hogan
Attorneys for Defendant
NETWORKED INSURANCE AGENTS, INC.

Date: _____, 2008

LICHTENFELS, PANSING & MILLER, P.C.

By: /s/
Curtis R. Henry
Attorneys for Defendants
ASSURANCE RISK MANAGERS, INC. and
LISA ISOM

Date: _____, 2008

PAHL & McKAY

By: /s/
Stephen D. Pahl
Attorneys for Defendant
CALIFORNIA APARTMENT ASSOCIATION

- 3 -

STIPULATION OF DISMISSAL OF NETWORKED INSURANCE AGENTS, INC. WITHOUT PREJUDICE

# **ORDER**

Under Federal Rule of Civil Procedure Rule 41(a)(1), this Court has reviewed the parties' Stipulation and, good cause appearing therefore, hereby approves the dismissal without prejudice of Defendant Networked Insurance Agents, Inc. with plaintiffs and Defendant, Networked Insurance Agents, Inc., each bearing their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: June 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

WAM.10423149.doc

STIPULATION OF DISMISSAL OF NETWORKED INSURANCE AGENTS, INC. WITHOUT PREJUDICE