Curtis R. Henry, Pro Hac Vice, Colorado Bar Number 17836
LICHTENFELS, PANSING & MILLER, P.C.
885 South Colorado Boulevard
Denver, CO 80246
Telephone: 303-722-6500
Facsimile: 303-722-3894
Attorneys for Defendant Assurance Risk Managers, Inc. and Lisa Isom, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFAMILY CAPTIVE GROUP, LLC, A Maryland Corporation<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE RISK MANAGERS, INC., A Colorado Corporation; LISA ISOM, an Individual; NETWORKED INSURANCE AGENTS, INC., A California Corporation; and CALIFORNIA APARTMENT ASSOCIATION, A California Corporation,<br><br>Defendants | Case No. 2:08-cv-00547-FCD-DAD<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME TO FILE RESPONSIVE PLEADING BY DEFENDANTS ASSURANCE RISK MANAGERS, INC. AND LISA ISOM<br><br>Local Rule 6-144(a) |

    Plaintiff Multifamily Captive Group, LLC and Defendants Assurance Risk Managers, Inc. and Lisa Isom, by and through their respective counsel hereby stipulate, pursuant to Local Rule 6-144(a), that the deadline for the filing of a responsive pleading by Defendant Assurance Risk Managers and Lisa Isom shall be, and hereby is extended, to June 27, 2008.

    The parties have stipulated to two prior extensions with respect to this pleading. Defendants' responsive pleading is currently due on June 13, 2008. The Order requested herein would bring the total extension for the filing of a responsive pleading to 46 days.

    Plaintiff has filed an amended complaint. The parties believe an exchange of documents might narrow the issues under the Amended Complaint and, to this end, have been negotiating a confidentiality agreement pursuant to which they will accomplish the

1 exchange of documents.  Defendants anticipate receiving these documents within the
2 requested two week extension.  The requested extension will not prejudice any party to
3 the litigation, as there is currently a pending Motion to Dismiss filed by Defendant CAA
4 pending before the court and set for hearing on August 8, 2008, and this matter will not
5 be at issue until resolution of this motion.
6
7 Dated:  June 13, 2008
8
9 MURPHY, PEARSON, BRADLEY    LICHTENFELS, PANSING & MILLER,
10 & FEENEY    P.C
11
12 BY: /s/  William A. Munoz    BY: /s/  Curtis R. Henry
13    William A. Munoz    Curtis R. Henry
14    Attorneys for Plaintiff    Attorneys for Defendants
15    MULTIFAMILY CAPTIVE GROUP    ASSURANCE RISK MANAGERS
16    Authorized on June 13, 2008    LISA ISOM
17
18
19 IT IS SO ORDERED
20
21 Dated:  June 13, 2008
22                                                                   _____
                                                                                    FRANK C. DAMRELL, JR.
23                                                                                   UNITED STATES DISTRICT JUDGE
24
25
26