Katherine G. Fritz –Pro Hac Vice, Colorado Bar Number 31009
LICHTENFELS, PANSING & MILLER, P.C.
885 South Colorado Boulevard
Denver, CO80246
Telephone: 303-722-6500
Facsimile: 303-722-3894
Attorneys for Defendant Assurance Risk Managers, Inc. and Lisa Isom, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFAMILY CAPTIVE GROUP, LLC, A Maryland Corporation, and SAMANTHA GUMENICK, an individual.<br><br>Plaintiff,<br>v.<br><br>ASSURANCE RISK MANAGERS, INC., A Colorado Corporation; LISA ISOM, an Individual; NETWORK INSURANCE AGENTS, INC., A California Corporation; and CALIFORNIA APARTMENT ASSOCIATION, A California Corporation,<br><br>Defendants. | Case No. 2:08-cv-00547-FCD-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWER BY DEFENDANTS ASSURANCE RISK MANAGERS, INC. AND LISA ISOM<br><br>Local Rule 6-144(a) |

Plaintiff Multifamily Captive Group, LLC and Defendants Assurance Risk Managers, Inc. ("ARM") and Lisa Isom, by and through their respective counsel hereby stipulate, pursuant to Local Rule 6-144(a), that the deadline for the filing of an answer on behalf of Defendants Assurance Risk Managers and Lisa Isom shall be, and hereby is extended, to October 14, 2008.

This is the first extension requested by Defendants Isom and ARM with respect to filing their answers.

/ / /

/ / /

1  Dated: October 6, 2008

3  THE WAGNER FIRM                          LICHTENFELS, PANSING & MILLER,
4                                                                  P.C

6  BY: /s/ Avi Wagner                       BY: /s/ Kathereine G. Fritz
7       Avi Wagner                                Katherine G. Fritz
8       Attorneys for Plaintiff                   Attorneys for Defendants
9       MULTIFAMILY CAPTIVE GROUP                 ASSURANCE RISK MANAGERS
10      Authorized on October 6, 2008             LISA ISOM

13 IT IS SO ORDERED

15 Dated: October 6, 2008

_____
16                                 FRANK C. DAMRELL, JR.
17                                 UNITED STATES DISTRICT JUDGE