Avi N. Wagner (CA Bar No. 226688)
THE WAGNER FIRM
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 491-7949
E-mail: avi@thewagnerfirm.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MULTIMFAMILY CAPTIVE GROUP, LLC, a Maryland Corporation; and SAMANTHA GUMENICK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE RISK MANAGERS, INC., a Colorado Corporation; LISA ISOM, an individual; and CALIFORNIA APARTMENT ASSOCIATION, a California Corporation,<br><br>Defendants. | Case No. 2:08-CVC-00547-FC-DAD<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL: (1) COMPLIANCE WITH FED. R. CIV. P. 26(a); (2) FURTHER DISCOVERY; AND (3) SANTIONS IN THE AMOUNT OF $3,600 AGAINST DEFENDANTS LISA ISOM AND ASSURANCE RISK MANAGERS, INC.<br><br>Date:      January 16, 2009<br>Time:      10:00 a.m.<br>Courtroom  27<br>Judge:     Magistrate Judge Dale A. Drozd |

NOTICE IS HEREBY GIVEN that on Friday January 16, 2009, at 10:00 a.m., or as soon thereafter as may be heard, in the courtroom of **the Honorable Dale A. Drozd**, United States Magistrate Judge, Plaintiffs Samantha Gumenick and Multifamily Captive Group, LLC (collectively "Plaintiffs") will and hereby do move the Court for an order compelling defendants Lisa Isom and Assurance Risk Managers, Inc. ("Defendants") to: (1) properly complete their Initial Disclosures required under Fed. R. Civ. P. 26(a) by supplying witness addresses and telephone numbers within their possession custody and control and by producing for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment against Defendants in the action or to indemnify or reimburse for payments

made to satisfy the judgment; (2) respond to certain interrogatories which have been met only with evasive responses; and (3) produce responsive documents in the native formats in which they were originally maintained.  Plaintiffs have had multiple written and oral communications with Defendants regarding this dispute and Defendants have either refused to comply with their obligations or have failed to commit to do so despite having failed to provide any authority or persuasive rationale for such refusals.   Accordingly, Plaintiffs further will and do hereby further move the Court for an Order imposing monetary sanctions in the amount of $3,600 against Defendants jointly and severally, as well as any other appropriate and just relief to compensate Plaintiffs for the time counsel expended pursuing the disputes underlying the instant motion, the time counsel anticipates expending in preparation of a Joint Statement re: Discovery Dispute and the time counsel anticipates preparing for hearing of this matter.  Pursuant to Local Rule 37-251, Plaintiffs will contact Defendants to submit a Joint Statement re Discovery Dispute by no later than three court days prior to the January 16, 2009 hearing date.

Dated: December 22, 2008                         THE WAGNER FIRM

                                                By:     */s/ Avi N. Wagner*
                                                        Avi N. Wagner

2

MOTION TO COMPEL: (1) COMPLIANCE WITH FED. R. CIV. P. 26(a); AND (2) FURTHER DISCOVERY AGAINST DEFENDANTS LISA ISOM AND ASSURANCE RISK MANAGERS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Clerk of the Court via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action.

Dated: December 22, 2008

/s/ *Avi N. Wagner*
_____
Avi N. Wagner

1

MOTION TO COMPEL: (1) COMPLIANCE WITH FED. R. CIV. P. 26(a); AND (2) FURTHER DISCOVERY AGAINST DEFENDANTS LISA ISOM AND ASSURANCE RISK MANAGERS, INC.