IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MULTIFAMILY CAPTIVE GROUP,
LLC, et al.,

        Plaintiffs,                  No. CIV S-08-0547 FCD DAD

    v.

ASSURANCE RISK MANAGERS,
INC., et al.,                             <u>ORDER</u>

        Defendants.

_____/

        This case came before the court on January 16, 2009, for hearing of plaintiffs' December 22, 2008 motion to compel compliance with Federal Rule of Civil Procedure 26(a), to compel further responses to discovery requests, and for sanctions. Avraham N. Wagner, Esq. appeared telephonically for plaintiffs. David A. Cheit, Esq. appeared in person on behalf of defendants Assurance Risk Managers, Inc. and Lisa Isom.

        The court gave careful consideration to the parties' joint statement regarding the discovery disagreement, as well as the arguments of counsel at the hearing and the entire court file. For the reasons set forth on the record, the court denied plaintiffs' motion except with regard to Interrogatory No. 19, as that interrogatory was clarified for the first time on the record.

/////

1

IT IS ORDERED that:

1. Plaintiffs' December 22, 2008 motion to compel (Doc. No. 61) is granted in part only as to Interrogatory 19 as now clarified and as set forth on the record and is otherwise denied.

2. The supplemental response specified by the undersigned at the hearing shall be served on plaintiffs by defendants Assurance Risk Managers, Inc. and Lisa Isom within two weeks after January 16, 2009.

DATED: January 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\multifamily0547.mtc.oah

2