1 **PAHL & McCAY**
A Professional Corporation
2 **Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Servando R. Sandoval, Esq.** (State Bar No. 205339)
3 **Payal D. Mehta, Esq.** (State Bar No. 256758)
225 West Santa Clara Street
4 Suite 1500
San Jose, California 95113-1752
5 Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722
6

7 Attorneys for Defendant
CALIFORNIA APARTMENT ASSOCIATION
8 A California corporation

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 **SACRAMENTO DIVISION**

| | |
|---|---|
| MULTIFAMILY CAPTIVE GROUP, LLC, a Maryland corporation; and SAMANTHA GUMENICK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ASSURANCE RISK MANAGERS, INC., A Colorado Corporation; LISA ISOM, an Individual; NETWORK INSURANCE AGENTS, INC., A California corporation; and CALIFORNIA APARTMENT ASSOCIATION, A California corporation, <br><br> Defendants. | Case No. 2:08-cv-00547-FCD-DAD <br><br> **ORDER GRANTING REQUEST FOR TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF TWENTY PAGES** |

The request of Defendant CALIFORNIA APARTMENT ASSOCIATION ("CAA") for an Order granting Leave to File a Memorandum of Points and Authorities in Support of its Motion for Summary Judgment in excess of twenty pages is hereby GRANTED.

Defendant California Apartment Association is granted leave to file an opening Memorandum of Points and Authorities with a page limit of 25 pages.

///

1

2  Date: January 22, 2009

3 _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28