Avi N. Wagner (CA Bar No. 226688)
THE WAGNER FIRM
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 491-7949
E-mail: avi@thewagnerfirm.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MULTIFAMILY CAPTIVE GROUP, LLC, a Maryland Corporation; and SAMANTHA GUMENICK, an individual,<br><br>         Plaintiffs,<br><br>    v.<br><br>ASSURANCE RISK MANAGERS, INC., a Colorado Corporation; LISA ISOM, an individual; and CALIFORNIA APARTMENT ASSOCIATION, a California Corporation,<br><br>         Defendants. | Case No. 2:08-CV-00547-FCD-DAD<br><br>ORDER ALLOWING FILING OF MEMORANDUM IN EXCESS OF TWENTY PAGES RE: CALIFORNIA APARTMENT ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT |

The Court, having considered the request by plaintiffs Multifamily Captive Group, LLC and Samantha Gumenick ("Plaintiffs"), any opposition thereto, and, finding good cause therefore, hereby orders as follows:

Plaintiffs may file a memorandum of points and authorities in opposition to the Motion for Summary Judgment filed by California Apartment Association of up to 28 pages in length.

Dated: February 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE