IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MULTIFAMILY CAPTIVE GROUP,
LLC, et al.,

       Plaintiffs,                    No. CIV S-08-0547 FCD DAD

   v.

ASSURANCE RISK MANAGERS,
INC., et al.,                              <u>ORDER</u>

       Defendants.

_____/

       This case came before the court on February 20, 2009, for hearing of plaintiffs' January 30, 2009 motion to compel production of documents and interrogatory responses directed to defendant California Apartment Association (CAA). Avraham N. Wagner, Esq. appeared telephonically for plaintiffs. Servando R. Sandoval, Esq. appeared telephonically for defendant CAA.

       The court gave careful consideration to the parties' joint statement regarding the discovery disagreement, the arguments of counsel at the hearing, and the entire court file. For the reasons set forth on the record, the court granted plaintiffs' motion.

       The court also addressed the ex parte application for protective order or, in the alternative, request for order shortening time on motion for protective order recently filed by

1

defendant CAA. The court denied the ex parte application but granted the request for order shortening time on motion for protective order and set the motion for hearing.

IT IS ORDERED that:

1. Plaintiffs' January 30, 2009 motion to compel production of documents and interrogatory responses directed to defendant CAA (Doc. No. 71) is granted;

2. Defendant CAA's responses to plaintiffs' Request for Production of Documents Nos. 13, 14, 17, and 18 and to plaintiffs' Interrogatories Nos. 12, 13, 14, 15, and 19 shall be served on plaintiffs' counsel prior to 5:00 p.m. on March 6, 2009;

3. Defendant CAA's February 18, 2009 ex parte motion for protective order (Doc. No. 80) is denied, and defendant's request, in the alternative, for an order shortening time on motion for protective order is granted; and

4. Defendant CAA's motion for protective order is set for hearing on February 27, 2009, at 10:00 a.m., in Courtroom 27 before the undersigned; the parties are relieved of the obligation to file a joint statement re discovery disagreement.

DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\multifamily0547.mtc2.oah