Avi N. Wagner (CA Bar No. 226688)
THE WAGNER FIRM
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 491-7949
E-mail: avi@thewagnerfirm.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MULTIMFAMILY CAPTIVE GROUP, LLC, a Maryland Corporation; and SAMANTHA GUMENICK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE RISK MANAGERS, INC., a Colorado Corporation; LISA ISOM, an individual; and CALIFORNIA APARTMENT ASSOCIATION, a California Corporation,<br><br>Defendants. | Case No. 2:08-CV-00547-FC-DAD<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT CALIFORNIA APARTMENT ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT |

Plaintiffs Multifamily Captive Group, LLC and Samanth Gumenick (collectively "Plaintiffs"), and defendants California Apartment Association ("CAA"), Lisa Isom ("Isom") and Assurance Risk Managers, Inc. ("ARM") (collectively "Defendants") make the following stipulation in connection with the following facts:

WHEREAS, on February 2, 2009 Plaintiffs noticed the deposition of Isom and ARM for March 3 and 4, 2009;

WHEREAS, CAA filed a motion for summary judgment on February 3, 2009 which the Court set for hearing on March 27, 2009;

1

WHEREAS, a dispute arose between the parties about the appropriate location for Isom and ARM's depositions (as well as those of certain officers of CAA);

WHEREAS, a hearing was held before Magistrate Judge Drozd was held this morning which resolved the parties' dispute through an agreed cost sharing arrangement whereby Isom and ARM's depositions will be held in Denver, CO, which Magistrate Judge Drozd endorsed;

WHEREAS, pursuant to Magistrate Judge Drozd's resolution the deposition of Isom and ARM ((as well as those of certain officers of CAA) shall be completed before Plaintiffs are required to respond to CAA's motion for summary judgment;

WHEREAS, Isom and ARM maintain that travel obligations of Isom and ARM make it difficult for them to comply with the noticed dates;

NOW THERERFORE, the parties agree that under the circumstances the hearing on CAA's motion for summary judgment should be continued to April 17, 2009.

Respectfully submitted,

Dated: February 27, 2009   THE WAGNER FIRM

By:   */ s/ Avi N. Wagner*
Avi N. Wagner
Counsel for Plaintiffs

Dated: February 27, 2009   PAHL & MCKAY LLP

By:   */ s/ Servando Sandoval (with permission to Avi Wagner )*
Servando Sandoval
Counsel for CAA

Dated: February 27, 2009   MILLER & LAW P.C.

By:   */ s/ Curtis Henry (with permission to Avi Wagner )*
Curits Henry

## **ORDER**

Good cause appearing therefor, CAA's Motion for Summary Judgment is continued to April 17, 2009, at 10:00 a.m.

Dated: February 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE