UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MULTIFAMILY CAPTIVE GROUP,
LLC, A Maryland Corporation;
SAMANTHA GUMENICK, an
Individual,

       Plaintiffs,

  v.                      NO. CIV. S-08-0547 FCD DAD

MEMORANDUM AND ORDER

ASSURANCE RISK MANAGERS,
INC., A Colorado Corporation;
LISA ISOM, an Individual;
NETWORK INSURANCE AGENTS,
INC., a California
Corporation; and CALIFORNIA
APARTMENT ASSOCIATION, a
California Corporation,

       Defendants.
_____/

----oo0oo----

This matter comes before the court on defendant California Apartment Association's ("CAA") motion to bifurcate the claims against it from those pending against defendants Lisa Isom ("Isom") and Assurance Risk Managers ("ARM"). Specifically, defendant CAA seeks separate trials in the matter on the issues

1

of breach of contract and conspiracy.  Plaintiffs oppose the motion.

Rule 42(b) of the Federal Rules of Civil Procedure provides, in relevant part:

> For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims.

"Rule 42(b) merely *allows*, but does not require a trial court to bifurcate cases."  <u>Hangarter v. Provident Life & Accident Ins. Co.</u>, 373 F.3d 998, 1021 (9th Cir. 2004).  Further, the district court has broad discretion in its decision whether to bifurcate claims or issues.  <u>M2 Software, Inc. v. Madacy</u>, 421 F.3d 1073, 1088 (9th Cir. 2005).

The court has reviewed the submissions of the parties and the arguments raised by defendant CAA in support of bifurcation of the trial.  The court does not find that any additional convenience or efficiency is reached by the requested bifurcation.  Nor does the court conclude that such bifurcation is necessary to avoid prejudice.  Therefore, defendant's motion is DENIED.[1]

IT IS SO ORDERED.

DATED: October 6, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).